Case 6:22-mj-00021-HBK   Document 5   Filed 10/19/22   Page 1 of 1

AO 199A (Rev. 12/11- EDCA [Fresno Version 2])  Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| LARRY MCIVER, | ) ) |

Case No. 6:22-MJ-00021-HBK

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at:   UNITED STATES DISTRICT COURT, YOSEMITE, CA
                                                                                            *Place*

Before Magistrate Judge Helena Barch-Kuchta
on 12/6/2022 at 10:00 AM
                                                            *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: X 10-18-22                                                          X *[signature]*
                                                                                    *Defendant's signature*

                                                                                    *[signature]* Helena M. Barch-Kuchta
Date: 10/18/2022
                                                                                    *Judicial Officer's Signature*

                                                                Magistrate Judge Helena Barch-Kuchta
                                                                                    *Printed name and title*