**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  6:22-mj-00021-HBK |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| LARRY MCIVER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**     36 CFR §§ 2.35(c); 4.23(a)(2); 4.14(b)

**Sentence Date:**     March 22, 2023

**Review Hearing Date:**     March 4, 2025

**Probation Expires On:**     March 22, 2027

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $2,500 which Total Amount is made up of a Fine: $ 2,470 Special Assessment: $30     Processing Fee: $ Choose an item. Restitution: $

☐     **Community Service hours Imposed of:**

☒     **Other Conditions:**  Install ignition interlock for 36 months; appropriate DUI Offender course; participate in outpatient and AA twice a week for the first twelve months, twice a month for second twelve months, and once a month for the next twelve months; abstain from use or possession of alcohol; refrain from frequenting establishments where primary business is sale of alcohol; refrain from operating a motor vehicle with detectable alcohol; and obligation to complete requested chemical test.

## *DEFENSE POSITION:*

☒     To date, Defendant has paid a total of $ 2,500
       ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                         Amount:  $

☐     To date, Defendant has performed Click here to enter text.  hours of community service.

☒     Compliance with Special Conditions of Probation:  Mr. McIver has maintained the interlock device on vehicle as required during the first 36 months of supervision; attended counseling sessions once a month; and completed the ordered DUI course on April 22, 2025.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒      The Government agrees to the above-described compliance.

☐      Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐      Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer (Rule 180)

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 3/10/2026 at 10 am

        ☐      be continued to Click here to enter a date. at 10:00 a.m.; or

        ☒      permit a remote appearance as granted and complied with during the previous review hearing.

☐      that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED:  2/23/2026                                    */s/ Lisa Ndembu Lumeya*
                                                      DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court  permits Defendant to appear by remote means for his Review Hearing on **March 10, 2026 at 10:00 A.M**.

☐      DENIED.

Dated:      February 24, 2026

                                                      HELENA M. BARCH-KUCHTA
                                                      UNITED STATES MAGISTRATE JUDGE